IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY MONTOYA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALICIA HOLLAND, et al.,<br><br>　　　　Defendants. | No. C 10-3810 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

　　　Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. On May 31, 2011, the Court granted Plaintiff an extension of time to file his opposition to Defendants' motion for summary judgment. On July 7, 2011, Plaintiff filed a second extension of time to file his opposition to Defendants' motion for summary judgment. On July 13, 2011, Defendants filed an opposition to Plaintiff's motion, arguing that Plaintiff offers no evidence to support an extension of time and fails to show good cause justifying this extension.

　　　Having read and considered Plaintiff's motion, and Defendants' opposition, and because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his opposition within **thirty (30) days** from the date this order is filed. Defendants shall file a reply no later than **fifteen (15) days** thereafter.

　　　This order terminates docket no. 19.

　　　IT IS SO ORDERED.

DATED:　 7/24/11　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Plaintiff's Motion for Second Extension of Time to File Opposition to Defendants' Motion for Summary Judgment
P:\PRO-SE\SJ.LHK\CR.10\Montoya810-2dEOT-OppoMSJ.wpd